## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-mc-00068-SKC-SBP

CPT JARQUEZ M. PAYN,

    Movant,

v.

United States of America, Department of Defense, and Office of the Inspector General,

    Respondents.

---

## ORDER TO SHOW CAUSE REGARDING SERVICE

---

**Susan Prose, United States Magistrate Judge**

This matter comes before the court on Movant's Motion to Quash Subpoena (ECF No. 1), filed August 13, 2025, and Emergency Motion for Stay of Use of Produced Data and Request for Sanctions (ECF No. 5), filed August 28, 2025. These motions were referred to the undersigned United States Magistrate Judge by the Honorable S. Kato Crews. ECF Nos. 7, 8.

Having reviewed the docket, the court identifies a threshold procedural issue that must be resolved before addressing the merits of the motions.

Under Federal Rule of Civil Procedure 45(d)(3), relief from a subpoena is sought by motion. However, Movant has not demonstrated that the motions have been served on the subpoenaing party. Federal Rule of Civil Procedure 5(a)(1)(D) requires that a written motion be served on every party. The docket reflects no appearance by Respondent and no indication that Respondent has received notice of the motions.

Because the relief requested would operate against Respondent, the court cannot grant such relief absent a showing that Respondent has been provided notice and an opportunity to respond.

Accordingly, it is **ORDERED**[1] that:

1.  On or before **April 9, 2026**, Movant shall **SHOW CAUSE** in writing why the pending motions should not be denied without prejudice for failure to demonstrate service, and shall file a supplemental certificate of service demonstrating that Respondent has been served with ECF Nos. 1 and 5;

2.  Movant may, in lieu of filing a supplemental certificate of service, file a request for assistance with service by the Clerk; and

3.  Failure to comply with this Order will result in denial of the pending motions without prejudice and without further notice.

DATED: March 26, 2026                    BY THE COURT:

 

_____

Susan Prose
United States Magistrate Judge

---

[1] Rule 72 of the Federal Rules of Civil Procedure provides that within fourteen (14) days after service of a Magistrate Judge's order or recommendation, any party may serve and file written objections with the Clerk of the United States District Court for the District of Colorado. 28 U.S.C. §§ 636(b)(1)(A), (B); Fed. R. Civ. P. 72(a), (b). Failure to make any such objection will result in a waiver of the right to appeal the Magistrate Judge's order or recommendation. *See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd.*, 989 F.3d 747, 783 (10th Cir. 2021) (firm waiver rule applies to non-dispositive orders); *but see Morales-Fernandez v. INS*, 418 F.3d 1116, 1119, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review, including when a "pro se litigant has not been informed of the time period for objecting and the consequences of failing to object").

2